# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Derrick DeCoste, | Case No. 2:24-cv-01639-APG-NJK |
| Plaintiff(s), | **Order** |
| v. | [Docket No. 12] |
| Medical Staff at CCDC, et al., | |
| Defendant(s). | |

Pending before the Court is Plaintiff's motion for issuance of an order that LVMPD provide the full names and badge numbers for Defendants. *See* Docket No. 12.[1]  Also pending before the Court is an order to show cause arising out of the same circumstances. *See* Docket No. 18.  The General Counsel's Office for LVMPD filed a response in which it agreed to file under seal the last known contact information for Defendant Jensen and to waive service for Defendant Brooks. Docket No. 19 at 3; *see also* Docket No. 20 (waiver of service).  Accordingly, Plaintiff's motion is **DENIED** as moot and the order to show cause is **DISCHARGED**.

In accordance with the above, the General Counsel's Office must, within 21 days of the issuance of this order, file under seal the last known address of Defendant Jensen.  This notice with last known address information is not to be served on Plaintiff.  If the last known address of the defendant(s) is a post office box, the General Counsel's Office must attempt to obtain and provide the last known physical address.

IT IS SO ORDERED.

Dated: February 12, 2026

_____
Nancy J. Koppe
United States Magistrate Judge

---

[1] The Court liberally construes the filings of *pro se* litigants, particularly those who are prisoners bringing civil rights claims. *Blaisdell v. Frappiea*, 729 F.3d 1237, 1241 (9th Cir. 2013).

1