**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Derrick DeCoste, | Case No. 2:24-cv-01639-APG-NJK |
| Plaintiff(s), | **Order** |
| v. | |
| Medical Staff at CCDC, et al., | |
| Defendant(s). | |

On February 12, 2026, the Court ordered LVMPD to file a sealed notice with the last known address of Defendant Duane Jensen so that service could be attempted. Docket No. 21. LVMPD has now filed that sealed notice providing the last known address for Defendant Duane Jensen. Docket No. 22.

Accordingly, the Court **ORDERS** as follows:

1. The Clerk's Office must issue a summons for Defendant Duane Jensen under seal.

2. The Clerk's Office must deliver a copy of that summons and the first amended complaint (Docket No. 7) to the U.S. Marshal for service.

3. The Clerk's Office must send Plaintiff the Form USM-285.

4. Plaintiff must furnish the U.S. Marshal with the required Form USM-285 within 21 days of the issuance of this order. Moreover, within 21 days after receiving from the U.S. Marshal a copy of the Form USM-285 showing whether service has been accomplished, Plaintiff must file a notice with the Court identifying whether the defendant(s) was served. If Plaintiff wishes to have service again attempted on an unserved defendant, a motion must be filed with the Court identifying the unserved defendant and specifying a more detailed name and/or address for said defendant, or whether some other manner of service should be attempted.

1

5.  The Court extends the deadline to serve Defendant Jensen to May 8, 2026.

IT IS SO ORDERED.

Dated: March 9, 2026

_____

Nancy J. Koppe
United States Magistrate Judge