# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

Derrick DeCoste,

    Plaintiff(s),

v.

Medical Staff at CCDC, et al.,

    Defendant(s).

Case No. 2:24-cv-01639-APG-NJK

**Order**

[Docket No. 38]

Pending before the Court is Plaintiff's motion to extend the deadline for effectuating service. Docket No. 38. The Court may extend the service deadline even without a showing of good cause. *See* Fed. R. Civ. P. 4(m). In this case, Plaintiff is a *pro se* prisoner who has engaged in prior service efforts, but indicates more time is needed to serve Defendants Duane Jensen, Nurse Angel K., and Nurse K. Pooley. *See* Docket No. 38 at 1. Moreover, the Court notes that the case remains well within the discovery period. *See* Docket No. 34 (granting stipulation to extend the discovery cutoff to October 5, 2026). Given the circumstances, the Court **GRANTS** the motion to extend and allows an additional 45 days to effectuate service. The service deadline is **RESET** to July 27, 2026. In light of this order, the Court also **DISCHARGES** the Rule 4(m) notice regarding potential dismissal. *See* Docket No. 35.

Although the Court is extending the service deadline as explained above, Plaintiff is advised that the Court is not inclined to extend this deadline further given the ample time already available to Plaintiff to accomplish service.[1] In addition, the Court is not entirely clear how Plaintiff intends to effectuate service on the absent defendants. The instant motion references serving subpoenas on the absent defendants, *see* Docket No. 38 at 1, but it is not clear that Plaintiff has effective addresses to do so. The Court reminds Plaintiff that, given the ineffective service to

---

[1] The first amended complaint was screened on September 9, 2025. *See* Docket No. 8.

1

date, "he must file a motion identifying the unserved defendants and specifying a more detailed name and/or address for said defendants, or whether some other manner of service should be attempted." Docket No. 8 at 11.

IT IS SO ORDERED.

Dated: June 11, 2026

_____
Nancy J. Koppe
United States Magistrate Judge

2