**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

DERRICK DECOSTE,

Plaintiff

v.

CLARK COUNTY DETENTION CENTER, *et al.*,

Defendants

Case No.: 2:24-cv-01639-APG-NJK

**Order Denying Motion for Default Judgment**

[ECF No. 47]

Derrick DeCoste moves for entry of default judgment against Wellpath Medical. ECF No. 47. Default has been entered against Wellpath Medical. ECF No. 55. I have discretion whether to grant default judgment.

> Factors which may be considered by courts in exercising discretion as to the entry of a default judgment include: (1) the possibility of prejudice to the plaintiff, (2) the merits of plaintiff's substantive claim, (3) the sufficiency of the complaint, (4) the sum of money at stake in the action; (5) the possibility of a dispute concerning material facts; (6) whether the default was due to excusable neglect, and (7) the strong policy underlying the Federal Rules of Civil Procedure favoring decisions on the merits.

*Eitel v. McCool*, 782 F.2d 1470, 1471–72 (9th Cir. 1986). DeCoste's motion does not address these factors so I cannot evaluate them. I therefore deny the motion without prejudice to DeCoste filing a new motion for default judgment that addresses the *Eitel* factors and provides supporting documentation if needed.

I THEREFORE ORDER that DeCoste's motion for entry of default judgment **(ECF No. 47) is denied without prejudice.**

Dated: August 21, 2026

Andrew P. Gordon
Chief United States District Judge